IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CR 06 16 S

UNITED STATES OF AMERICA )
)
v. ) CR. No.
) In Violation of 8 U.S.C.
) §§ 1326(a) and (b)(2)
)
HOHAN LOPEZ )
a/k/a Hohan Lopez Jimenez )
a/k/a Horan Lopez )

**INDICTMENT**

The Grand Jury charges that:

On or about January 18, 2006, Defendant HOHAN LOPEZ, a/k/a Hohan Lopez Jimenez and Horan Lopez, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Gerard B. Sullivan

GERARD B. SULLIVAN
Assistant U.S. Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

DATE 2/1/06