# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
PROVIDENCE, RHODE ISLAND

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ZECHARIAH CHAFEE

**DEFENDANT – U.S. vs.**

HOHAN LOPEZ, a/k/a Hohan Lopez-Jimenez & Horan Lop

Address: No Permanent Address
Providence, Rhode Island

☒ Male ☐ Alien
☐ Female (if applicable)

Sc

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceedin one) FRCrP 20, 21 or 40

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under ▶

MAG. JUDGE CASE NO.

ANT

outcome this proceeding
☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

CUSTODY

☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☒ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ 01 18 2006

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

Place of offense: District of Rhode Island

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS**

COUNT I - 8 U.S.C. Sec. 1326(a) and (b)(2) - ILLEGAL REENTRY

PENALTIES: 20 years imprisonment; $250,000 fine; 3 Years supervised release; $100 special assessment.

ESTIMATED TRIAL TIME: 3 DAYS