AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

USA
v.
Hohan Lopez

## APPEARANCE

Case Number: CR06-16S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Lopez

I certify that I am admitted to practice in this court.

2-8-6
Date

[signature]
Signature

K.J. Fitzgerald 5775
Print Name Bar Number

10 Weybossett Street, Suite 300
Address

Providence RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number