1118528

RECEIVED
FEB 01 2006
US MARSHALS
RHODE ISLAND

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

HOHAN LOPEZ
a/k/a Hohan Lopez Jimenez
a/k/a Horan Lopez

**WARRANT FOR ARREST**

CASE NUMBER: CR 06-16S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HOHAN LOPEZ.
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Illegal Re-entry

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

February 1, 2006, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at arrested by ICE | | |
| DATE RECEIVED 02/01/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 02/08/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.