UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 1:06-cr-0016-S |
| | ) | |
| HOHAN LOPEZ | ) | |

---

MOTION TO CONTINUE

Now comes the accused, Hohan Lopez, by and through counsel, moves this Honorable Court to continue the jury empanelment in this matter, currently scheduled for April 2006, until the Court's May empanelment date. In addition, the accused moves this Court for the exclusion of a total period of 30 days under the Speedy Trial Act 18 USC § 3161(h)(8).

In support of this motion, the defendant has indicated to counsel that he is requesting the additional time to continue ongoing plea negotiations with the government.

Respectfully submitted
Hohan Lopez
By his attorney,

______________________
Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I caused a copy of this Motion to be delivered to Zechariah Chafee, Assistant United States Attorney, on March 3rd, 2006.

______________________