UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0016S |
| | ) | |
| HOHAN LOPEZ | ) | |

---

MOTION FOR SENTENCE CONSIDERATION

Now comes Hohan Lopez, the Defendant in the above captioned matter, and moves this Honorable Court, pursuant to Local Rule of Criminal Procedure 32 (2006), to consider and impose a sentence that is sufficient, but not greater than necessary, in compliance with18 U.S.C. § 3553(a). After considering all the appropriate information present in this case, the Court should conclude that the advisory guidelines call for a sentence longer than what is sufficient to comply with 18 U.S.C. § 3553(a). Mr. Lopez proposes a sentence between 6 and 18 months of incarceration, which will be sufficient in this case to satisfy the purposes of sentencing.

Respectfully Submitted
Hohan Lopez,
By and through his counsel

/s/ Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered by electronic notification to AUSA Zechariah Chafee and hand-delivered to USPO Dennis Jenkins, 36 Exchange Terrace, Providence 02903 on this the 8th day of August, 2006.

/s/ Kevin J. Fitzgerald