UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 1:06-cr-0016-S |
| | ) | |
| HOHAN LOPEZ | ) | |

NOTICE OF APPEAL

NOW COMES the defendant, Hohan Lopez, and notices the appeal of his sentence to the United States Court of Appeals for the First Circuit.

Respectfully submitted
Hohan Lopez
By his attorney,

/s/ Kevin J. Fitzgerald #5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, September 5, 2006.

/s/ Edward C. Roy