CR: 06-16
J. Smith

**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 06-2308

UNITED STATES,

Appellee,

v.

HOHAN LOPEZ, a/k/a Hohan Lopez Jimenez, a/k/a Horan Lopez,

Defendant - Appellant.

**JUDGMENT**

Entered: December 5, 2006
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Linda Barry
**Deputy Clerk**

**Date:** DEC 05 2006

[cc: Messrs: Fitzgerald, Lockhart and Lopez]